

# 50 States & D.C. Survey: Applicable Statute of Limitations for Section 1983 Claims

November 2, 2020

| State | Governing Personal Injury SOL | Citation |
|---|---|---|
| Alabama | 2 years | Ala. Code § 6-2-38(l) |
| Alaska | 2 years | Alaska Stat. § 09.10.070(a) |
| Arizona | 2 years | Ariz. Rev. Stat Ann. § 12-542(1) |
| Arkansas | 3 years | Ark. Code Ann § 16-56-104 |
| California | 2 years | C.C.P. § 335.1 |
| Colorado | 2 years | Colo. Rev. Stat.§ 13-80-102(1)(i) |
| Connecticut | 3 years | Conn. Gen. Stat. § 52-577 |
| Delaware | 2 years | Del. Code Ann. tit. 10 § 8119 |
| District of Columbia | 3 years | D.C. Code § 12-301(3) |
| Florida | 4 years | Fla. Stat. § 95.11(3) |
| Georgia | 2 years | Ga. Code Ann. § 9-3-33 |
| Hawaii | 2 years | Haw. Rev. Stat. § 657-7 |
| Idaho | 2 years | Idaho Code Ann. § 5-219(4) |
| Illinois | 2 years | 735 ILCS 5/13-202 |
| Indiana | 2 years | Ind. Code § 34-11-2-4 |
| Iowa | 2 years | Iowa Code § 614.1(2) |
| Kansas | 2 years | Kan. Stat. Ann. § 60-513(a)(4) |

| | | |
|---|---|---|
| Kentucky | 1 year | Ky. Rev. Stat. Ann. § 413.140(1)(a) |
| Louisiana | 1 year | La. Civ. Code Ann. art. 3492 |
| Maine | 6 years | ME ST T. 14 § 752 |
| Maryland | 3 years | Md. Code Ann., Cts. & Jud. Proc. § 5-101 |
| Massachusetts | 3 years | MA ST 260 § 2A |
| Michigan | 3 years | MCL 600.5805(2) |
| Minnesota | 2 or 6 years | MN ST §§ 541.05, subd.(1)5; 541.07 |
| Mississippi | 3 years | Miss. Code Ann. 15-1-49 |
| Missouri | 5 years | Mo.Rev.Stat. § 516.120(4) |
| Montana | 3 years | MT ST 27-2-204 |
| Nebraska | 4 years | Neb. Rev. Stat. § 25-207 |
| Nevada | 2 years | Nev. Rev. Stat § 11.190(4) |
| New Hampshire | 3 years | N.H. Rev. Stat. Ann. § 508:4 |
| New Jersey | 2 years | N.J. Stat. Ann. § 2A:14-2 |
| New Mexico | 3 years | N.M. Stat. Ann. § 37-1-8 |
| New York | 3 years | N.Y. C.P.L.R. § 214(5) |

| North Carolina | 3 years | N.C. Gen. Stat § 1-52(5) |
|---|---|---|
| North Dakota | 6 years | N.D. Cent. Code § 28-01-16(5) |
| Ohio | 2 years | Ohio Rev. Code Ann. § 2305.10(A) |
| Oklahoma | 2 years | Okla. Stat. Tit. 12 § 95(3) |
| Oregon | 2 years | Or.Rev.Stat. § 12.110(1) |
| Pennsylvania | 2 years | 42 Pa. Cons. Stat. § 5524(1) |
| Rhode Island | 3 years | R.I. Gen. Laws § 9-1-14(b) |
| South Carolina | 3 years | S.C. Code Ann. § 15-3-530(5) |
| South Dakota | 3 years | SD ST § 15-2-15.2 |
| Tennessee | 1 year | Tenn. Code Ann. § 28-3-104(a)(1)(B) |
| Texas | 2 years | Tex. Civ. Prac. & Rem. Code Ann. 16.003(a) |
| Utah | 4 years | Utah Code Ann. § 78B-2-307 |
| Vermont | 3 years | Vt. Stat. Ann. tit. 12, § 512(4) |
| Virginia | 2 years | Va. Code Ann. § 8.01-243(A) |
| Washington | 3 years | Wash. Rev. Code § 4.16.080 |
| West Virginia | 2 years | W. Va. Code § 55-2-12 |
| Wisconsin | 3 years | WI ST 893.53 |
| Wyoming | 4 years | Wyo. Stat. Ann. § 1-3-105(a)(iv) |