**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **JARIUS BROWN**<br>**Plaintiff** | **CIVIL ACTION NO: 5:21-cv-3415** |
| **VS.** | **JUDGE S. MAURICE HICKS, JR.** |
| **DEPUTY JAVARREA POUNCY, JOHN DOE 1, and JOHN DOE 2**<br>**Defendants** | **MAGISTRATE JUDGE HORNSBY** |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF JARIUS BROWN'S MOTION TO RE-OPEN THE JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant JAVARREA POUNCY ("Pouncy"), who respectfully requests a 30-day extension of the deadline to file an Opposition to Plaintiff Jarius Brown's "Motion to Re-Open the Judgment" under FRCP 60(b) [Doc. 52], representing as follows:

1.

As will appear from the record of these proceedings, Plaintiff Jarius Brown ("Brown") filed this civil action on September 24, 2021. [*See* Doc. 1]. On January 31, 2022, Defendant filed a Motion to Dismiss [Doc. 13]. On September 29, 2022, the Court granted Defendant's Motion to Dismiss. The Court dismissed all of Brown's claims. The Court dismissed Brown's federal constitutional claim with prejudice as prescribed on the face of the complaint. [*See* Docs. 37 and 38]. That decision was affirmed on appeal to the United States Court of Appeals for the Fifth Circuit, and the Supreme Court of the United States denied Brown's petition for a writ of certiorari. *See Brown v. Pouncy*, 93 F.4th 331 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 170 (2024).

2.

On October 20, 2026, Brown filed a Motion to Re-Open the Judgment under FRCP 60(b) [Doc. 52]. Pouncy opposes Brown's Motion to Re-Open the Judgment under FRCP 60(b) [Doc. 52]. However, Pouncy requires additional time to file an Opposition. The default 14-day period in which to file such an Opposition under Local Rule 7.4 is very short, resulting in a current deadline of November 3, 2026.

3.

Undersigned counsel has a significant number of obligations in other matters in this Court, in state court matters, and in non-litigation matters during the 14-day default response period that will prevent him from devoting sufficient time and attention to filing such an Opposition. Accordingly, in order to devote adequate time and attention to such an Opposition, Pouncy requests a 30-day extension of time to file such an Opposition. This would extend the deadline for Pouncy to file such an Opposition to Thursday, December 3, 2026.

4.

Pursuant to Local Rule 7.4.1, undersigned counsel has emailed counsel for Brown regarding the requested extension of time, and counsel for Brown has responded that Brown does not oppose the requested extension of time.

WHEREFORE, Pouncy requests an extension of time to file an Opposition to Brown's Motion to Re-Open the Judgment under FRCP 60(b) in this matter, such that the deadline for Pouncy to file such an Opposition be extended to Thursday, December 3, 2026.

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: /s/ James Ashby Davis

James Ashby Davis, #37653
333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
ATTORNEYS FOR DEFENDANT JAVARREA POUNCY

**CERTIFICATE**

I HEREBY CERTIFY that on the 26th day of October, 2026, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system; notice will be sent by operation of the court's electronic filing system to all counsel of record.

/s/ James Ashby Davis
OF COUNSEL