**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**JARIUS BROWN**
**Plaintiff**

**CIVIL ACTION NO: 5:21-cv-3415**

**VS.**

**JUDGE S. MAURICE HICKS, JR.**

**DEPUTY JAVARREA POUNCY,**
**JOHN DOE 1, and JOHN DOE 2**
**Defendants**

**MAGISTRATE JUDGE HORNSBY**

# ORDER

Considering the "Motion for Extension of Time to File Opposition to Plaintiff Jarius Brown's Motion to Re-Open the Judgment" by Defendant Javarrea Pouncy,

IT IS HEREBY ORDERED that the "Motion for Extension of Time to File Opposition to Plaintiff Jarius Brown's Motion to Re-Open the Judgment" by Defendant Javarrea Pouncy be and is hereby GRANTED, and that the time allowed Defendant, Javarrea Pouncy, to file an Opposition to the "Motion to Re-Open the Judgment" under FRCP 60(b) by Plaintiff Jarius Brown [Doc. 52] be and is hereby extended to Thursday, December 3, 2026.

THUS DONE AND SIGNED in Shreveport, Louisiana, this ___ day of ___________________, 2026.

_________________________________
UNITED STATES JUDGE