**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JARIUS BROWN,<br>*Plaintiff.*<br>v.<br>DEPUTY JAVARREA POUNCY, JOHN DOE 1, and JOHN DOE 2,<br>*Defendants*. | Civil Action No. 5:21-cv-3415<br>Judge: Elizabeth E. Foote<br>Magistrate Judge: Mark L. Hornsby<br>JURY TRIAL DEMANDED |

**~~[PROPOSED]~~ ORDER**

**IT IS ORDERED** that Charles Andrew Perry of the American Civil Liberties Foundation of Louisiana is enrolled as counsel for Plaintiff Jarius Brown, substituting as counsel for attorney Erin Bridget Wheeler. 10/26/26

United States Magistrate Judge