**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JARIUS BROWN,<br>*Plaintiff.*<br>v.<br>DEPUTY JAVARREA POUNCY, JOHN DOE 1, and JOHN DOE 2,<br>*Defendants*. | Civil Action No. 5:21-cv-3415<br>Judge: Elizabeth E. Foote<br>Magistrate Judge: Mark L. Hornsby<br>JURY TRIAL DEMANDED |

**~~[PROPOSED]~~ ORDER**

Upon consideration of Motion to Appear Pro Hac Vice, it is

**ORDERED** that attorney Lauren Willard Zehmer be enrolled as counsel of record for Plaintiff Jarius Brown in the above-captioned matter.

**SO ORDERED.**

Date: 10/26/26

~~United States District~~ Judge