**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **JARIUS BROWN**<br>**Plaintiff** | **CIVIL ACTION NO: 5:21-cv-3415** |
| **VS.** | **JUDGE S. MAURICE HICKS, JR.** |
| **DEPUTY JAVARREA POUNCY, JOHN DOE 1, and JOHN DOE 2**<br>**Defendants** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

Considering the "Motion for Extension of Time to File Opposition to Plaintiff Jarius Brown's Motion to Re-Open the Judgment" by Defendant Javarrea Pouncy,

IT IS HEREBY ORDERED that the "Motion for Extension of Time to File Opposition to Plaintiff Jarius Brown's Motion to Re-Open the Judgment" by Defendant Javarrea Pouncy be and is hereby GRANTED, and that the time allowed Defendant, Javarrea Pouncy, to file an Opposition to the "Motion to Re-Open the Judgment" under FRCP 60(b) by Plaintiff Jarius Brown [Doc. 52] be and is hereby extended to Thursday, December 3, 2026.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of October, 2026.

Mark L. Hornsby
U.S. Magistrate Judge